# IN THE SUPREME COURT OF ALABAMA



## April 19, 2024

SC-2023-0392

Ex parte Janssen Pharmaceuticals, Inc. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: The DCH Healthcare Authority et al. v. Purdue Pharma L.P. et al.) (Conecuh Circuit Court: CV-19-7).

## **ORDER**

The petition for writ of mandamus in this cause is denied.

WISE, J. -- Parker, C.J., and Shaw, Bryan, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

Sellers, J., dissents.

**Witness my hand on April 19, 2024.**

*Megan B. Rhodebeck*

**Clerk of Court,
Supreme Court of Alabama**